Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LORI J. SEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI J. SEE, | Case No.: 1:15-cv-00692-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lori J. See ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 2, 2016; and that Defendant shall have until March 3, 2016, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due March 18, 2016.

An extension of time for plaintiff is needed in order to allow Counsel to deal with complications arising from his Spouse's terminal illness which requires her to undergo spinal surgery on January 8, 2016. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 4, 2016            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff LORI J. SEE

DATE:  January 4, 2016            BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Chantal R. Jenkins

_____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# **ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including February 2, 2016, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to March 3, 2016 to file his opposition, if any is forthcoming.  Any reply by Plaintiff will be due March 18, 2016.  All other scheduling dates are modified accordingly.


IT IS SO ORDERED.

Dated:   **January 8, 2016**                        /s/ *Barbara A. McAuliffe*          
                                                               UNITED STATES MAGISTRATE JUDGE